UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| REDWOOD FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS N. GREEN, et al.,<br><br>Defendants. | Case No.<br>EDCV 19-2128 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, Plaintiff Redwood Fire and Casualty Insurance Company prevails on its declaratory judgment action against Defendant Kristen Lauer. The Court rules as follows:

1. The vehicle Marcus N. Green was driving at the time of the May 1, 2016 accident was not a "covered auto" under the Redwood Business Auto Policy issued to Marcus N. Green dba Marcus Green Transportation;

2. The Redwood Business Auto Policy issued to Marcus N. Green dba Marcus Green Transportation provides no coverage for the May 1, 2016 accident;

3. Redwood has no duty to defend Marcus N. Green (individually or doing business as Marcus Green Transportation) in the lawsuit Kristen Lauer filed

1     in the Superior Court of the State of California for the County of Riverside,
2     Case No. PSC1802463;

3  4. Redwood has no duty to indemnify Marcus N. Green (individually or doing
4     business as Marcus Green Transportation) for any award of damages Kristen
5     Lauer may obtain against Green in the lawsuit Lauer filed in the Superior
6     Court of the State of California for the County of Riverside, Case No.
7     PSC1802463 nor in any other related lawsuit.

    Judgement is entered in favor of Redwood Fire and Casualty Insurance Company.

Dated: January 29, 2021

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge